UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:23-14270-CIV-MIDDLEBROOKS/MAYNARD

CARYN HALL YOST-RUDGE and
WILLIAM JOHN RUDGE, IV,

    Plaintiffs,

v.

THE CITY OF STUART, A TO Z PROPERTIES,
INC., PAUL J NICOLETTI, ROBERT L. KILBRIDE,
and MICHAEL J. MORTELL,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Shaniek Mills Maynard's Report and Recommendation regarding Defendants' Amended Motion to Dismiss, filed on March 18, 2024. (DE 34) Plaintiffs filed objections on April 1, 2024. (DE 38).

This Court has conducted a *de novo* review of both the Report issued by Magistrate Judge Maynard in this case. This Court has also reviewed Plaintiffs' objections and the record as a whole. Upon review, the Court agrees with Judge Maynard's conclusion that Plaintiffs' complaint should be dismissed. Plaintiffs' objections are either conclusory or adequately addressed in the Report.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Shaniek Mills Maynard's Report and Recommendation (DE 34) is hereby **ADOPTED**.

(2) Plaintiffs' Complaint (DE 1) is **DISMISSED WITH PREJUDICE.**

(3) The Clerk of the Court is directed to **CLOSE THIS CASE.**

(4) All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 6th day of April, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record;
Caryn Hall Yost-Rudge
1701 SW Palm City Road
Stuart, FL 34994

William John Rudge, IV
6526 S Kanner Highway
Stuart, FL 34494